

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2016

No. 04-16-00432-CV

**AUDI AG** and Volkswagen Group of America, Inc.,
Appellants

v.

Jesse **RIVERA** and Kathy Rivera,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI00118
Honorable Larry Noll, Judge Presiding

# O R D E R

The parties conducted mediation and reached a settlement agreement on November 10, 2016 in the above referenced cause. On December 22, 2016 the parties filed a "Joint Motion to Remand Cause to Trial Court to Effectuate Settlement Agreement" pursuant to Rule 42.1(a)(2)(C). *See* TEX. R. APP. P. 42.1(a)(2)(C). It is ORDERED that this case is ABATED until February 3, 2017 to permit proceedings in the trial court to effectuate the parties' agreement. All appellate deadlines are suspended until February 3, 2017. After that time, either appellants, or the parties jointly, must file a motion to dismiss the appeal, or if the settlement is not finalized, a motion to reinstate the appeal.

The request is granted.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court